# Exhibit B



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC  20549-2465

Office of FOIA Services

June 22, 2022

Ms. Lorin L. Reisner
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Ave. of The Americas
New York, NY 10019-6064

    Re:   Freedom of Information Act (FOIA), 5 U.S.C. § 552
           Request No. **22-02323-FOIA**

Dear Ms. Reisner:

    This letter is an acknowledgment of your FOIA request dated June 21, 2022, and received in this office on June 22, 2022, for records regarding Potential National Securities Market Rulemaking.

    Your request has been assigned tracking number 22-02323-FOIA.  Your request will be assigned to a Research Specialist for processing and you will be notified of the findings as soon as possible.  If you do not receive a response after thirty business days from when we received your request, you have the right to seek dispute resolution services from an SEC FOIA Public Liaison or the Office of Government Information Services (OGIS).  A list of SEC FOIA Public Liaisons can be found on our agency website at [https://www.sec.gov/oso/contact/foia-contact.html](https://www.sec.gov/oso/contact/foia-contact.html).  OGIS can be reached at 1-877-684-6448 or [Archives.gov](Archives.gov) or via email at [ogis@nara.gov](ogis@nara.gov).

    In the interim, if you have any questions about your request, you may contact this office by calling (202) 551-7900, or sending an e-mail to [foiapa@sec.gov](foiapa@sec.gov).  Please refer to your tracking number when contacting us.

    For additional information, please visit our website at [www.sec.gov](www.sec.gov) and follow the FOIA link at the bottom.

                          Sincerely,

                          Office of FOIA Services