# Exhibit E

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3250

WRITER'S DIRECT FACSIMILE

(212) 492-0250

WRITER'S DIRECT E-MAIL ADDRESS

lreisner@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
GERALD BRANT
ROBERT A. BRITTON
DAVID W. BROWN
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS P. GROOMBRIDGE
BRUCE A. GUTENPLAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MATTHEW B. JORDAN
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
JEFFREY L. KOCHIAN
ALEXIA D. KORBERG
ALAN W. KORNBERG

DANIEL J. KRAMER
BRIAN KRAUSE
CAITH KUSHNER
KAISA KUUSK
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
SUHAN SHIM
CULLEN L. SINCLAIR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
SARAH STASNY
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
ADAM WOLLSTEIN
JULIA TARVER MASON WOOD
JENNIFER H. WU
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
KEN ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

August 2, 2022

**By Email**

Mr. Joel Hansen
FOIA Research Specialist
Securities and Exchange Commission
Office of FOIA Services
100 F Street, N.E.
Washington, DC 20549-2465
hansenjo@sec.gov

      Re:    Follow-up to Freedom of Information Act Request
              Regarding Potential National Securities Market Rulemaking
              Request No.: 22-02323-FOIA

Dear Mr. Hansen:

        We are responding to your letter dated August 2, 2022 in response to our FOIA request dated June 21, 2022 seeking five specific categories of documents from the time period April 1, 2021 to the present. Your letter contends that our request is "improper"

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

because it would require "unduly burdensome searches." You claim that the request would require you to "consult with every SEC staff member and/or office" and you suggest that we provide additional information such as the "specific staff member or office, topic/issue, etc." to enable you to conduct a more "accurate and focused" search.

Although we disagree with your characterizations and claims, in order to assist with the discharge of your obligations and our right to review agency materials, we renew our request for documents in the five topic areas listed in our June 21 request (copy attached) but seek only the following types of records maintained by or on behalf of the following persons:

Custodians:
1. Chair Gary Gensler
2. Chief of Staff to the Chair
3. Amanda Fischer, Senior Counselor to the Chair
4. Heather Slavkin Corzo, Policy Director to the Chair
5. Sai Rao, Trading and Markets Counsel to the Chair
6. Haoxiang Zhu, Director of the Division of Trading and Markets
7. David Saltiel, Deputy Director of the Division of Trading and Markets
8. David Shillman, Associate Director, Division of Trading and Markets
9. Jessica Wachter, Chief Economist and Director of the Division of Economic and Risk Analysis

Type of Records: Emails, letters, memoranda, correspondence, text messages or other written communications and any preserved oral communications.

To avoid any additional and improper delay of our request, we hereby demand that responsive materials be provided to us no later than August 16, 2022. This letter is without waiver of or prejudice to any legal, procedural or other rights, all of which are hereby expressly reserved.

Very truly yours,

Lorin L. Reisner

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3250

WRITER'S DIRECT FACSIMILE
(212) 492-0250

WRITER'S DIRECT E-MAIL ADDRESS
lreisner@paulweiss.com

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
GERALD BRANT
ROBERT A. BRITTON
DAVID W. BROWN
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS P. GROOMBRIDGE
BRUCE A. GUTENPLAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MATTHEW B. JORDAN
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
JEFFREY L. KOCHIAN
ALEXIA D. KORBERG
ALAN W. KORNBERG

DANIEL J. KRAMER
BRIAN KRAUSE
CAITH KUSHNER
KAISA KUUSK
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
SUHAN SHIM
CULLEN L. SINCLAIR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
SARAH STASNY
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
ADAM WOLLSTEIN
JULIA TARVER MASON WOOD
JENNIFER H. WU
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
KEN ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

June 21, 2022

**By Email**

Securities and Exchange Commission
Office of FOIA Services
100 F Street NE
Washington, DC 20549-2465
foiapa@sec.gov

  Re: **Freedom of Information Act Request:
     Potential National Securities Market Rulemaking**

Dear Sir or Madam:

  We submit this request pursuant to the Freedom of Information Act, 5 U.S.C. § 552 *et seq.*, and corresponding regulations, including 17 C.F.R. § 200.80, for records as defined below.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

We request the following records[1] from the SEC from the time period April 1, 2021 to present:

1. Records sufficient to show any persons or entities, including representatives of Exchanges,[2] Market-Makers,[3] Retail Broker-Dealers,[4] Industry Organizations,[5] or

---

[1] For the purpose of this request, the term "records" includes any and all hard-copy or electronic documents, including e-mails, letters, reports, statements, memoranda, notes, indices, minutes, studies, summaries, lists, tabulations, charts, diagrams, blueprints, tables, pictures, and calendar entries; audio or video recordings (including of virtual meetings) digital files including chat or text messages, SMS messages, instant messages, Bloomberg messages, I-messages, Blackberry messages, Skype messages, Reuters messages, Slack messages, Microsoft Teams messages, tweets, LinkedIn messages, Snapchats, Instagrams, Facebook status updates or messages, WhatsApp messages, Viber messages, or any other social media message or post; and other documents, whether originals or copies, including all non-identical copies (whether different from the original because of notes made on or attached to them or otherwise), whether drafts, preliminary, proposed or final versions, whether printer, recorded, produced or reproduced by any other mechanical or electronic process, whether written or produced by hand, whether on SEC servers or those of its employees. In the event that such records once existed but have now been destroyed, please disclose any records that are integrally related to, summarize, or are interchangeable with said records.

[2] For the purpose of this request, the term "Exchanges" includes, but is not limited to New York Stock Exchange LLC (NYSE), NYSE Arca, Inc., NYSE Chicago, Inc., NYSE American LLC, NYSE National, Inc., The Nasdaq Stock Market, Nasdaq BX, Inc., Nasdaq GEMX, LLC, Nasdaq ISE, LLC, Nasdaq MRX, LLC, Nasdaq PHLX LLC, BOX Exchange LLC, Cboe BYX Exchange, Inc., Cboe BZX Exchange, Inc., Cboe C2 Exchange, Inc., Cboe EDGA Exchange, Inc., Cboe EDGX Exchange, Inc., Cboe Exchange, Inc., Intercontinental Exchange, Inc. (ICE), Investors Exchange LLC (IEX), Long-Term Stock Exchange, Inc. (LTSE), MEMX, LLC, Miami International Securities Exchange (MIAX), MIAX Emerald, LLC, MIAX PEARL, LLC and the employees of the foregoing entities, including but not limited to Michael Blaugrund, Tal Cohen, Adena Friedman, Hope Jarkowski, Elizabeth King, Phillip Mackintosh, Lynn Martin, Jeffrey C. Sprecher, and John Zecca.

[3] For the purpose of this request, the term "Market-Makers" includes, but is not limited to Apex Clearing Corporation, Citadel Securities, LLC, Susquehanna International Group, LLP, Two Sigma Securities, LLC, Virtu Financial, Inc., Wolverine Securities, LLC.

[4] For the purpose of this request, the term "Retail Broker-Dealers" includes, but is not limited to, Charles Schwab & Co., Inc., E*TRADE Securities LLC, Fidelity Brokerage Services, LLC, Robinhood Financial LLC, and TD Ameritrade, Inc.

[5] For the purpose of this request, the term "Industry Organizations" includes, but is not limited to, Americans for Financial Reform (AFR), Better Markets, Consumer Federation of America (CFA), Council of Institutional Investors (CII), Healthy Markets Association, Institutional Limited Partners Association (ILPA), International Swaps and Derivatives Association (ISDA), Investment Advisors Association (IAA), Managed Funds Association (MFA), North American Securities Administrators Association (NASAA), Securities Industry and Financial Markets Association (SIFMA), Small Business Capital Formation Advisory Committee, Urvin Finance, Inc./We The Investors, and U.S. Chamber of Commerce's Center for Capital Markets Competitiveness (CCMC), and persons associated with the foregoing entities, including but not limited to Dave Lauer, Tyler Gellasch and Dennis Kelleher.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

    Other Market Participants,[6] who had communications with the SEC regarding retail stock order handling and execution, the national best bid and offer (the "NBBO"), payment for order flow ("PFOF"), price improvement, the concept of order-by-order competition, or the routing of retail stock orders including to auctions.

2. To the extent not already produced in response to the previous request, records sufficient to show the location and time of communications between any persons or entities, including representatives of Exchanges, Market-Makers, Retail Broker-Dealers, Industry Organizations, or Other Market Participants, and the SEC regarding retail stock order handling and execution, the NBBO, PFOF, price improvement, the concept of order-by-order competition, or the routing of retail stock orders including to auctions.

3. To the extent not already produced in response to the previous requests, all records evidencing or concerning any communications between any persons or entities, including representatives of Exchanges, Market-Makers, Retail Broker-Dealers, Industry Organizations, or Other Market Participants, on the one hand, and the SEC, on the other hand, regarding retail stock order handling and execution, the NBBO, PFOF, price improvement, the concept of order-by-order competition, or the routing of retail stock orders including to auctions.[7]

4. To the extent not already produced in response to the previous requests, all records evidencing or concerning the communications referenced in Chair Gary Gensler's public calendar set out in Appendix A.

5. To the extent not already produced in response to the previously requests, all records relating to the remarks of Chair Gensler at the June 8, 2022 Piper Sandler Global Exchange Conference available at https://www.sec.gov/news/speech/gensler-remarks-piper-sandler-global-exchange-conference-060822.

\* \* \* \* \*

    Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), we will expect your reply to this request for disclosure within twenty days. We request that responsive electronic records be provided electronically in their native file format, if possible. *See* 5 U.S.C. § 552(a)(3)(B). Alternatively, we request that the records be provided electronically in a

---

[6] For the purpose of this request, the term "Other Market Participants" includes, but is not limited to, Hitesh Mittal and J.W. Verret.

[7] Notes of SEC meetings with third parties reflecting mere fact-gathering may not be withheld on the basis of the deliberative process privilege, attorney-client privilege, or the work product doctrine. *See Securities & Exchange Comm'n* v. *Ripple Labs, Inc.*, No. 20-cv-10832 (AT)(SN), 2022 WL 123590, at \*4 (S.D.N.Y. Jan. 13, 2022).

text-searchable, static-image format (PDF), in the best image quality in the agency's possession, and that the records be provided in separate, Bates-stamped files. For any electronic records or communications, please include appropriate metadata (e.g., date and time created, author, file name for documents; *e.g.*, to, from, cc, bcc, subject, date and time for emails) with the production of those records.[8] We further request that the records be provided as they become available, if possible.

We are willing to pay the fees required for the prompt processing of this Request.

We reserve the right to appeal any decision in relation to this Request. If you deny any portion of or this entire Request, please cite to each specific exemption you believe justifies the refusal to release the information and notify me of appeal procedures available to us under the law. We expect release of all segregable portions of otherwise exempt material. *See* 5 U.S.C. § 552(b).

If you have any questions about this request, you may contact me by telephone at (212) 373 3250.

Sincerely yours,

Lorin L. Reisner

---

[8] Federal courts have defined "records" under FOIA to include metadata. *See Jicarilla Apache Nation v. United States*, 60 Fed. Cl. 413, 414 (2004). Federal courts have recognized that when the metadata contains information the requesting party is entitled to the government may not withhold it. *See Families for Freedom v. U.S. Customs & Border Prot.*, 837 F. Supp. 2d 287, 304 (S.D.N.Y. 2011) (requiring production of metadata where it might contain the date on which a document was created).

**APPENDIX A: SELECT ENTRIES FROM CHAIR GARY GENSLER'S CALENDAR[1]**

| Date | Organization Met/Spoke With | Individuals Listed |
|---|---|---|
| 3/29/22 | Investors Exchange (IEX); FTX | Brad Katsuyama, Chief Executive Officer, IEX; John Ramsay, Chief Market Policy Officer, IEX; Rachel Barnett, General Counsel, IEX; Florian Seifferer, Chief Operating Officer, IEX; Sam Bankman-Fried, Chief Executive Officer, FTX; Brett Harrison, President, FTX; Ryne Miller, General Counsel, FTX; Mark Wetjen, Head of Policy and Regulatory Strategy, FTX |
| 3/28/22 | Healthy Markets Association (HMA) | Tyler Gellasch, Executive Director, HMA; Christopher Nagy, Director, HMA; Joseph Engelhard, Board Member, HMA; Michael Canning, Principal, LXR Group; James Andrus, Interim Managing Investment Director, Board Governance & Sustainability, California Public Employees' Retirement System (CalPERS); Gregory Babyak, Global Head of Regulatory Affairs, Bloomberg; David Brooks, Director of Trading, The London Company of VA; Katherine |

---

[1] This chart reflects certain of Chair Gensler's calendar entries from April 19, 2021 through March 31, 2022, as made available on https://www.sec.gov/foia/docs/sec-chair-calendar.

| Date | Organization Met/Spoke With | Individuals Listed |
|---|---|---|
|  |  | Comly, Legal Association, MIAX; Brendan Hart, Director of Legal, OMERS; Vlad Khandros, Head of Corporate Development, Trumid; Eric Stockland, Managing Director, BMO Capital Markets; Geoff Bernard, Head of Electronic Trading, Keybanc; Josh Bezonsky, Vice President of Legal and Compliance, OMERS; Michael Ledwith, Head of Algorithmic Trading, Quantitative Investment Management; Eric Perlish, Global Head of Trading, Sands Capital Management; John Ramsay, Chief Market Policy Officer, IEX; Peter Sparby, Corporate Counsel, MGEX; Adam Goldberg, Regional Operations, S&P Global Market Intelligence |
| 3/17/22 | Investors Exchange (IEX) | Brad Katsuyama, Chief Executive Officer; Ronan Ryan, President; Stan Feldman, Chief Operating Officer; John Ramsay, Chief Market Policy Officer |
| 2/11/22 | Intercontinental Exchange (ICE); NYSE Group | Jeffrey Sprecher, Chief Executive Officer (ICE); Elizabeth King, Chief Regulatory Officer (ICE); Michael Blaugrund, Chief Operating Officer, NYSE Group; Lynn Martin, President, NYSE Group; Hope |

2

| Date | Organization Met/Spoke With | Individuals Listed |
|---|---|---|
|  |  | Jarkowski, General Counsel, NYSE Group |
| 2/7/22 | NYSE Group | Lynn Martin, President; Hope Jarkowski, General Counsel |
| 1/19/22 | Numerous Organizations | Mark Wendland, Chief Operating Officer, DRW Holdings, LLC; Graham Harper, Head of Public Policy and Market Structure, DRW Holdings, LLC; Jonah Platt, US Head of Government & Regulatory Policy, Citadel Securities, LLC; Adam Nunes, Head of Business Development, Hudson River Trading (HRT); Joanna Mallers, Secretary, FIA Principal Traders Group; Jim Newsome, Partner, Delta Strategy Group; Scott Parsons, Managing Partner, Delta Strategy Group |
| 12/20/21 | Nasdaq, Inc. | Adena Friedman, Chief Executive Officer; John Zecca, Chief Legal and Regulatory Officer; Tal Cohen, Head of North American Markets; Phillip Mackintosh, Chief Economist; Jeffrey Davis, North American Markets |
| 12/17/21 | MIAX Exchange Group | Thomas Gallagher, Chairman and Chief Executive Officer; Shelly Brown, |

3

| Date | Organization Met/Spoke With | Individuals Listed |
|------|------------------------------|---------------------|
|  |  | Executive Vice President of Strategic Planning and Business Development; Barbara Comly, General Counsel and Corporate Secretary; Edward Deitzel, Chief Regulatory Officer and Chief Compliance Officer; Lance Emmons, Chief Financial Officer; Douglas Schafer Jr., Chief Information Officer; Joseph Ferraro III, Deputy General Counsel |
| 12/10/21 | Managed Funds Association (MFA) | Bryan Corbett, President and Chief Executive Officer, Managed Funds Association (MFA); Jennifer Han, Executive Vice President, Chief Counsel, and Head of Regulatory Affairs, MFA; Sarah Arnold, Manager, MFA; Tasha Ashby, Executive Assistant, MFA; Fahmi Quaidir, Founder and Chief Investment Officer, Safkhet Capital; Jim Rowen, Chief Operating Officer, Renaissance Technologies; Ricardo Marano, Chief Operating Officer, King Street Capital Management LP; Stephen Berger, Managing Director of Government and Regulatory Policy, Citadel LLC; Jeffrey Wechselblatt, General Counsel, Lone Pine Capital |

4

| Date | Organization Met/Spoke With | Individuals Listed |
| --- | --- | --- |
| 12/6/21 | Intercontinental Exchange (ICE); New York Stock Exchange (NYSE) | Jeffrey Sprecher, Chief Executive Officer, ICE; Elizabeth King, President, ESG and Chief Regulatory Officer, ICE; Michael Blaugrund, Chief Operating Officer, NYSE; Hope Jarkowski, General Counsel, NYSE |
| 12/3/21 | Intercontinental Exchange (ICE) | Jeffrey Sprecher, Chief Executive Officer |
| 11/17/21 | Nasdaq, Inc. | Adena Friedman, Chief Executive Officer; John Zecca, Chief Legal and Regulatory Officer; Tal Cohen, Head of North American Markets |
| 10/29/21 | Investors Exchange (IEX) | Brad Katsuyama, Chief Executive Officer; Rachel Barnett, Chief Legal Officer; Claudia Crowley, Chief Regulatory Officer |
| 10/8/21 | Intercontinental Exchange (ICE); NYSE Group | Jeffrey Sprecher, Chief Executive Officer, ICE; Michael Blaugrund, Chief Operating Officer, NYSE Group; Elizabeth King, General Counsel, NYSE Group |
| 9/28/21 | Robinhood | Vladimir Tenev, Chief Executive Officer; James Swartwout, President and Chief Operating Officer; Daniel Gallagher, Chief Legal Officer; Lucas Moskowitz, Deputy General Counsel; John Markle, |

5

| Date | Organization Met/Spoke With | Individuals Listed |
|---|---|---|
| | | Deputy General Counsel; Aparna Chennapragada, Chief Product Officer; Benjamin Brown, Principal, Blue Ridge Law & Policy |
| 9/23/21 | Chicago Board Options Exchange (CBOE) | Edward Tilly, Chairman, President and Chief Executive Officer |
| 9/21/21 | Virtu | Doug Cifu, Chief Executive Officer; Matthew Levine, Chief Compliance Officer; Justin Waldie, General Counsel; Thomas Merritt, Deputy General Counsel, Global Business Development, Corporate Strategy, and Communications; Alan Sobba, Advisor |
| 9/3/21 | Futures Industry Association Principal Traders Group (FIA PTG) | Joanna Mallers, Vice President, FIA, Inc.; Nancy Stern, Chief Executive Officer and Board Member, Allston Holdings LLC; Philip Pinc, General Counsel, Allston Holdings LLC; Kevin Devlin, Chief Financial Officer, Allston Holdings LLC; Jonah Platt, U.S. Head of Government & Regulatory Policy, Citadel Securities; W. Graham Harper, Head of Public Policy and Market Structure, DRW Holdings, LLC; Mark Wendland, Chief Operating Officer, DRW Holdings, LLC; Adam Nunes, Head of Business Development, |

6

| Date | Organization Met/Spoke With | Individuals Listed |
| --- | --- | --- |
|  |  | Hudson River Trading; Scott McClure, Business Operations Manager, Hudson River Trading; Steve Waldron, Head of Global Clearing, Jump Trading LLC; Max Joubert, Compliance Analyst, Jump Trading LLC; Philip Reinckens, Business Development, Optiver; Liam Smith, Head of Corporate Strategy, Optiver; Matthew Haraburda, President, XR Trading LLC; Scott Parsons, Managing Partner, Delta Strategy Group; James Newsome, Partner, Delta Strategy Group; James Overdahl, Partner, Delta Strategy Group; Kevin Batteh, Partner, Delta Strategy Group; Daniel Austin, Counsel, Delta Strategy Group; Edmund Perry, Policy Analyst, Delta Strategy Group |
| 8/9/21 | Intercontinental Exchange (ICE) | Jeffrey Sprecher, Chief Executive Officer |
| 8/4/21 | Chicago Board Options Exchange (CBOE) | Edward Tilly, Chairman, President and Chief Executive Officer; Patrick Sexton, Secretary, Executive Vice President and General Counsel |
| 7/23/21 | Chicago Board Options Exchange (CBOE) | Edward Tilly, Chairman, President and Chief Executive Officer |
| 6/27/21 | Office of Senator Elizabeth Warren | Senator Elizabeth Warren |

7

| Date | Organization Met/Spoke With | Individuals Listed |
| --- | --- | --- |
| 6/25/21 | Office of Senator Elizabeth Warren | Jon Donenberg, Chief of Staff, Senator Elizabeth Warren |
| 5/14/21 | Intercontinental Exchange (ICE); New York Stock Exchange (NYSE) | Elizabeth King, Chief Regulatory Officer, NYSE:ICE; Robert Eskridge, Director of Government Affairs, ICE; Stacey Cunningham, President, NYSE; Jeffrey Sprecher, Chair, NYSE; Michael Blaugrund, Chief Operating Officer, NYSE; Jaime Klima, Chief Regulatory Officer, NYSE Group; Hope Jarkowski, Head of Equities, NYSE |
| 5/12/21 | Nasdaq, Inc. | Adena Friedman, Chief Executive Officer |

8