# Exhibit G



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC 20549-2465

Office of FOIA Services

August 24, 2022

Ms. Lorin L. Reisner
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Ave. of The Americas
New York, NY 10019-6064

    Re: Freedom of Information Act (FOIA), 5 U.S.C. § 552
         Appeal No. **22-00526-APPS** (22-02323-FOIA)

Dear Ms. Reisner:

This letter is an acknowledgment of your FOIA Appeal dated and received in this office on August 23, 2022 regarding Potential National Securities Market Rulemaking.

Your appeal has been assigned tracking number **22-00526-APPS**, and is assigned to the SEC's Office of the General Counsel for processing. You will receive a direct response from that office regarding a decision on your Appeal.

In the interim, **if you have questions about your appeal, you may contact the Office of the General Counsel by calling 202-551-5100,** or sending an email to foiapa@sec.gov. Please cite the Appeal tracking number provided above.

                  Sincerely,

                  Office of FOIA Services