# Exhibit H



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

Stop 9613

September 6, 2022

*Via electronic mail*
lreisner@paulweiss.com

Mr. Lorin L. Reisner, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Ave. of The Americas
New York, NY 10019-6064

   Re: Appeal, Freedom of Information Act Request No. 22-02323-FOIA, designated on appeal as No. 22-00526-APPS

Dear Mr. Reisner:

  This responds to your August 24, 2022 appeal regarding the delay in the FOIA Office's response to your June 22, 2022 Freedom of Information ("FOIA") request. By letter dated August 2, 2022, the FOIA Office informed you that "your request is improper because the scope of the requested records is too broad … [and] would require SEC staff to conduct unduly burdensome searches to fulfill them." The FOIA Office further requested that you "provide a succinct description of records you seek" by August 15, 2022 in order for the FOIA Office to conduct an accurate search for responsive records. On August 2, 2022, you submitted a letter narrowing the scope of your request to specific custodians and types of records.

  I have reviewed your appeal and confirmed that the FOIA Office that it is still reviewing your narrowed FOIA request.[1] I am, therefore, remanding this matter to the FOIA Office and requesting that the FOIA Officer process this request as expeditiously as possible. You may contact Lizzette Katilius, FOIA Branch Chief, at 202-551-7900, regarding the status of this matter on remand.

---

[1] Since you narrowed the scope of your request, the FOIA Office's initial decision in which it determined that your initial FOIA request was improper is moot.

If you have any questions regarding this determination, please contact Mark Tallarico, Senior Counsel, at 202-551-5132.

For the Commission
    by delegated authority,

*[signature: Melinda Hardy]*

Melinda Hardy
Assistant General Counsel for
  Litigation and Administrative Practice

2