**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VIRTU FINANCIAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SECURITIES AND EXCHANGE COMMISSION <br> Defendant. | Case No. 22-cv-10088 <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Virtu Financial, Inc. certifies that Virtu Financial, Inc., a publicly held company, has no publicly held corporate parents, affiliates, or subsidiaries, and that no publicly held corporation owns 10% or more of its stock.

Dated: November 29, 2022

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Lorin L. Reisner*
Lorin L. Reisner
Andrew G. Gordon
Jessica S. Carey
Kristina Bunting
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
lreisner@paulweiss.com

*Attorneys for Plaintiff Virtu Financial, Inc.*