FOIA Summons IH form 4
4/17

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Virtu Financial, Inc.

Plaintiff

v.

United States Securities and Exchange Commission

Defendant

Civil Action No. 22-cv-10088

SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

United States Securities and
Exchange Commission
c/o General Counsel
100 F Street, N.E.
Washington, D.C. 20549

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lorin L. Reisner
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: ________________

______________________________
Signature of Clerk or Deputy Clerk

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ________________ .

☐ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________________
________________, a person of suitable age and discretion who resides there,
on *(date)* ________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ________________
______________________________ on *(date)* ________________ ; or

☐ I returned the summons unexecuted because ______________________________ ; or

☐ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: