UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRTU FINANCIAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES SECURITIES AND EXCHANGE COMMISSION <br><br> *Defendant*. | Case No. 22-cv-10088 <br><br> **NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Plaintiff Virtu Financial, Inc. in the above-captioned matter.

Dated:   December 8, 2022
            New York, NY

Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   /s/ Andrew G. Gordon
Andrew G. Gordon

1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 373-3000
Fax:  (212) 757-3990
agordon@paulweiss.com

*Counsel for Plaintiff
Virtu Financial, Inc.*