UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIRTU FINANCIAL, INC.,

                        *Plaintiff*,

             v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

                        *Defendant*.

Case No. 22-cv-10088

**NOTICE OF APPEARANCE**

# NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Plaintiff Virtu Financial, Inc. in the above-captioned matter.

Dated:  December 8, 2022
          New York, NY

                                            Respectfully Submitted,

                                            PAUL, WEISS, RIFKIND, WHARTON &
                                            GARRISON LLP

                                            By:  /s/ Kristina A. Bunting
                                            Kristina A. Bunting

                                            1285 Avenue of the Americas
                                            New York, NY 10019
                                            Tel:  (212) 373-3000
                                            Fax:  (212) 757-3990
                                            kbunting@paulweiss.com

                                            *Counsel for Plaintiff*
                                            *Virtu Financial, Inc.*