UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRTU FINANCIAL, INC.,<br><br>　　　　　　　　　　　*Plaintiff*,<br><br>　　　　v.<br><br>UNITED STATES SECURITIES AND<br>EXCHANGE COMMISSION<br>　　　　　　　　　　　*Defendant*. | Case No. 22-cv-10088 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. § 1746, that on December 8, 2022, I caused to be served via U.S. first class mail upon Defendant United States Securities and Exchange Commission, 100 F Street, N.E., Washington, DC 20549, true and correct copies of the December 8, 2022 Notices of Appearance for Andrew G. Gordon, Jessica S. Carey, and Kristina A. Bunting.

　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　　GARRISON LLP

　　　　　　　　　　　　　　　　　By:　/s/ Lorin L. Reisner
　　　　　　　　　　　　　　　　　Lorin L. Reisner

　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　Tel:　(212) 373-3000
　　　　　　　　　　　　　　　　　Fax:　(212) 757-3990
　　　　　　　　　　　　　　　　　lreisner@paulweiss.com

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　*Virtu Financial, Inc.*