FOIA Summons IH form 4
4/17

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Virtu Financial, Inc.

_____
Plaintiff

v.

United States Securities and Exchange Commission
_____
Defendant

Civil Action No. 22-cv-10088

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

United States Securities and
Exchange Commission
c/o General Counsel
100 F Street, N.E.
Washington, D.C. 20549

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lorin L. Reisner
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: 11/30/2022

/s/ P. Canales
Signature of Clerk or Deputy Clerk

FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRTU FINANCIAL, INC.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Defendant. | Case No. 22-cv-10088<br><br>**AFFIDAVIT OF SERVICE BY U.S. POSTAL SERVICE™ CERTIFIED MAIL® RETURN RECEIPT REQUESTED** |

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK  )

ANDREW DANIEL, being duly sworn, deposes and says:

 1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

 2. On December 1, 2022, I served a true copy of the

- SUMMONS TO THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

- COMPLAINT WITH EXHIBITS A-J,

- CIVIL COVER SHEET,

- RULE 7.1 CORPORATE DISCLOSURE STATEMENT,

- SDNY ELECTRONIC CASE FILING RULES & INSTRUCTIONS, and

- VERNON S. BRODERICK, UNITED STATES DISTRICT JUDGE

INDIVIDUAL RULES & PRACTICES IN CIVIL CASES on the following:

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
OFFICE OF THE GENERAL COUNSEL
100 F Street, N.E.
Washington, DC 20549

ATTORNEY GENERAL OF THE UNITED STATES
950 Pennsylvania Avenue, NW
Washington, DC 20530

UNITED STATES ATTORNEY
CIVIL-PROCESS CLERK
1 St. Andrew's Plaza
New York, NY 10007

3. I made such service by personally placing a true copy of the aforementioned documents in properly addressed prepaid certified mail envelopes, with return receipts requested, and depositing them into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York.

ANDREW DANIEL

Sworn to before me this
1st day of December, 2022

Notary Public

CHRISTINA M. BLANCO
Notary Public, State of New York
No. 01BL6276935
Qualified in New York County
Commission Expires February 25, 2025

2







# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9414726699042184372091

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 8:28 am on December 5, 2022 in WASHINGTON, DC 20549.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20549
December 5, 2022, 8:28 am

**Available for Pickup**
WASHINGTON, DC 20549
December 4, 2022, 11:00 am

**Arrived at Hub**
WASHINGTON, DC 20018
December 4, 2022, 10:18 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 3, 2022, 7:52 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 3, 2022, 6:33 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
December 3, 2022, 1:09 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 2, 2022, 2:20 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 2, 2022, 12:40 pm

**Departed USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
December 2, 2022, 5:41 am

**Arrived at USPS Regional Origin Facility**
NEW YORK NY DISTRIBUTION CENTER
December 1, 2022, 9:08 pm

**Departed Post Office**
NEW YORK, NY 10019
December 1, 2022, 7:06 pm

**USPS in possession of item**
NEW YORK, NY 10019
December 1, 2022, 4:49 pm

Hide Tracking History

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

## 9414726699042184372121

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:49 am on December 5, 2022 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
December 5, 2022, 4:49 am

### Available for Pickup
WASHINGTON, DC 20530
December 3, 2022, 10:54 am

### Arrived at Post Office
WASHINGTON, DC 20018
December 3, 2022, 8:27 am

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
December 2, 2022, 2:20 pm

### Arrived at USPS Regional Origin Facility
NEW YORK NY DISTRIBUTION CENTER
December 1, 2022, 9:08 pm

### Departed Post Office

Feedback

NEW YORK, NY 10019
December 1, 2022, 7:06 pm

**USPS in possession of item**
NEW YORK, NY 10019
December 1, 2022, 4:49 pm

Hide Tracking History

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRTU FINANCIAL, INC.,

     Plaintiff,

vs.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

     Defendant.

Case No. 22-cv-10088

**AFFIDAVIT OF SERVICE BY U.S. POSTAL SERVICE™ CERTIFIED MAIL® RETURN RECEIPT REQUESTED**

STATE OF NEW YORK )
        ) ss.:
COUNTY OF NEW YORK )

AUSTIN K. WILKINSON, being duly sworn, deposes and says:

  1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

  2. On December 8, 2022, I served a true copy of the

- SUMMONS TO THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
- COMPLAINT WITH EXHIBITS A-J,
- CIVIL COVER SHEET,
- RULE 7.1 CORPORATE DISCLOSURE STATEMENT,
- SDNY ELECTRONIC CASE FILING RULES & INSTRUCTIONS, and

- VERNON S. BRODERICK, UNITED STATES DISTRICT JUDGE INDIVIDUAL RULES & PRACTICES IN CIVIL CASES on the following:

Civil Process Clerk
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, NY 10007

3. I made such service by personally placing a true copy of the aforementioned documents in a properly addressed prepaid certified mail envelope, with return receipt requested, and depositing it into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York.

*[signature]*

AUSTIN K. WILKINSON

Sworn to before me this
8th day of December, 2022

*[signature]*
Notary Public

CHRISTINA M. BLANCO
Notary Public, State of New York
No. 01BL6276935
Qualified in New York County
Commission Expires February 25, 2025



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9414726699042146284707

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent for final delivery in NEW YORK, NY 10007 on December 12, 2022 at 2:31 pm.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

● **Delivered to Agent**
  **Delivered to Agent for Final Delivery**
  NEW YORK, NY 10007
  December 12, 2022, 2:31 pm

● **In Transit to Next Facility**
  December 11, 2022

● **Departed USPS Regional Facility**
  NEW YORK NY DISTRIBUTION CENTER
  December 9, 2022, 1:49 am

● **Arrived at USPS Regional Facility**
  NEW YORK NY DISTRIBUTION CENTER
  December 8, 2022, 8:00 pm

● **Hide Tracking History**

Feedback

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs