**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| VIRTU FINANCIAL, INC., | Case No. 1:22cv10088 (VSB) |
| Plaintiff, | |
| v. | **MOTION FOR ADMISSION** |
| | ***PRO HAC VICE* OF** |
| UNITED STATES SECURITIES AND | **MICHAEL S. BAILEY** |
| EXCHANGE COMMISSION, | |
| Defendant. | |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern

and Eastern Districts of New York, I, Michael S. Bailey, an attorney at the United States

Securities and Exchange Commission, hereby move this Court for an Order for admission to

practice *Pro Hac Vice* to appear as counsel for Defendant United States Securities and Exchange

Commission in the above-captioned action.

I am in good standing of the bars of the District of Columbia, the State of Maryland, and

the Commonwealth of Massachusetts, and certificates of good standing are attached hereto.  As

noted in the attached affidavit, there are no disciplinary proceedings pending against me in any

state or federal court, I have never been convicted of a felony, and I have never been censured,

suspended, disbarred, or denied admission of readmission by any court.

WHEREFORE, it is respectfully requested that the motion to admit Michael S. Bailey,

*Pro Hac Vice*, to represent Defendant in the above-captioned action be granted.

Dated: January 9, 2023

Respectfully submitted,

/s/ Michael S. Bailey
Michael S. Bailey
U.S. Securities and Exchange Commission
D.C. Bar No. 983676
100 F Street, NE
Washington, DC  20549-9612
Telephone: (202) 551-7428
Facsimile: (202) 772-9263
Email: BaileyM@sec.gov

**<u>CERTIFCATE OF SERVICE</u>**

I hereby certify that on January 9, 2023, I electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system, which will send notification of the filing to

the attorneys of record.

<u>/s/ Michael S. Bailey</u>
U.S. Securities and Exchange Commission