# Supreme Court of Maryland

## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the eleventh day of December, 2007,*

## Michael Scott Bailey

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*



**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this sixth day of January, 2023.*

_____

*Clerk of the Supreme Court of Maryland*