UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIRTU FINANCIAL, INC.,

        Plaintiff,

v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Defendant.

Case No. 1:22cv10088 (VSB)

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL S. BAILEY**

Pursuant to 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Michael S. Bailey, hereby swear or affirm that:

(1) I have never been convicted of a felony.

(2) I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

(3) There are no disciplinary proceedings presently against me.

Dated: 1/9/2023

_____
Michael S. Bailey

Subscribed and sworn to before me
this 9th day of January, 2023

_____

