UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRTU FINANCIAL, INC.,<br><br>        Plaintiff,<br>  v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Defendant. | Case No. 1:22cv10088 (VSB)<br><br>**ORDER FOR ADMISSION PRO HAC VICE OF MICHAEL S. BAILEY** |

      The motion of Michael S. Bailey for admission to practice *Pro Hac Vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the District of Columbia, the State of Maryland, and the Commonwealth of Massachusetts; and that his contact information is as follows:

      Michael S. Bailey
      U.S. Securities and Exchange Commission
      100 F Street, NE
      Washington, DC  20549-9612
      Telephone: (202) 551-7428
      Facsimile: (202) 772-9263
      BaileyM@sec.gov

      Applicant having requested admission *Pro Hac Vice* for all purposes as counsel for the United States Securities and Exchange Commission in the above captioned action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

    Dated:_____                                        _____

                                                                                       United States District Judge