AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Virtu Financial, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22cv10088 (VSB) |
| U.S. Securities and Exchange Commission | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant U.S. Securities and Exchange Commission.

Date: 01/09/2023

/s/ Alexandra Verdi
*Attorney's signature*

Alexandra Verdi (MV0225)
*Printed name and bar number*
U.S. Securities and Exchange Commission
100 F. St NE
Washington, D.C. 20003

*Address*

verdim@sec.gov
*E-mail address*

(202) 551-5057
*Telephone number*

(202) 772-9263
*FAX number*