PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3250

WRITER'S DIRECT FACSIMILE

(212) 492-0250

WRITER'S DIRECT E-MAIL ADDRESS

lreisner@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
PAUL D. BRACHMAN
GERALD BRANT
ROBERT A. BRITTON
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
JOHN P. CARLIN
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
TIHITINA DAGNEW
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
KATHERINE B. FORREST
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
LUKE JENNINGS
JEH C. JOHNSON
MATTHEW B. JORDAN
CHRISTODOULOS KAOUTZANIS
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
JEFFREY L. KOCHIAN
ALEXIA D. KORBERG
DANIEL J. KRAMER
ANDREW D. KRAUSE

BRIAN KRAUSE
CAITH KUSHNER
KAISA KUUSK
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
WILLIAM B. MICHAEL
SEAN A. MITCHELL
ERIN J. MORGAN
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
SUNG PAK
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
ANASTASIA V. PETERSON
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
VALERIE E. RADWANER
JEFFREY J. RECHER
LORIN L. REISNER
JEANNIE S. RHEE*
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLARPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM
SUHAN SHIM
CULLEN L. SINCLAIR
MAURY SLEVIN
KYLE SMITH
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
ROBERT Y. SPERLING
EYITAYO ST. MATTHEW-DANIEL
SARAH STASNY
AIDAN SYNNOTT
ROBERT D. TANANBAUM
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
ADAM WOLLSTEIN
STACI YABLON
BOSCO YIU*
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
KENNETH S. ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

March 3, 2023

**By ECF**

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:   *Virtu Financial, Inc.* v. *U.S. Securities and Exchange Commission*, 1:22-cv-10088-JHR (S.D.N.Y.)

Dear Judge Rearden:

We respectfully submit this letter on behalf of the parties in the above-referenced action in response to the Court's February 17, 2023 Order (Dkt. 15) requesting a joint status update. Set forth below are joint responses to the Court's specific requests for information.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable Jennifer H. Rearden 2

1. Counsel for Plaintiff, Virtu Financial, Inc. is as follows:

   Lorin L. Reisner, Esq., lreisner@paulweiss.com, (212) 373-3000
   Andrew G. Gordon, Esq., agordon@paulweiss.com, (212) 373-3543
   Jessica S. Carey, Esq., jcarey@paulweiss.com, (212) 373-3566
   Kristina Bunting, Esq., kbunting@paulweiss.com, (212) 373-3503
   Paul, Weiss, Rifkind, Wharton & Garrison LLP
   1285 Avenue of the Americas
   New York, NY 10019-6064

   Counsel for Defendant, U.S. Securities and Exchange Commission is as follow:

   Michael S. Bailey, Esq., BaileyM@sec.gov, (202) 551-7428
   Alexandra Verdi, Esq., VerdiM@sec.gov, (202) 551-7428
   U.S. Securities and Exchange Commission
   100 F Street, NE
   Washington, DC  20549-9612

2. On November 29, 2022, Plaintiff, a global market maker and financial services firm, filed this action against the U.S. Securities and Exchange Commission ("SEC"). The complaint alleges that the SEC violated the Freedom of Information Act ("FOIA") by failing to timely and reasonably respond to Plaintiff's June 2022 FOIA request seeking documents and information regarding the SEC's communications with certain third parties concerning retail stock order handling and execution. *See* Compl. ¶¶ 1–3. Plaintiff seeks declaratory and injunctive relief, as well as reasonable attorneys' fees and litigation costs under 5 U.S.C. § 552(a)(4)(E). *Id.* at 13. On January 9, 2023, the SEC answered Plaintiff's complaint and asserted affirmative defenses.

   Plaintiff alleges that it is seeking documents and information pursuant to the FOIA so that it can better understand the rulemaking process associated with four recently proposed rules regulating the retail securities market and to allow Plaintiff to more effectively engage in the public comment period for those rules, which ends on

March 31, 2023.  *See* Compl. ¶ 3.  Plaintiff alleges that the SEC has not provided any meaningful production of documents to date.  On the contrary, Plaintiff alleges that the SEC has engaged in a pattern of stonewalling and delay.

The SEC denies that it has improperly withheld documents or engaged in stonewalling.  Moreover, the SEC disputes Plaintiff's argument that the timing of the rulemaking described above should bear on the processing of the FOIA request in this litigation.  The SEC's position is that such a consideration is not relevant under the FOIA, and Plaintiff has not requested expedited treatment of its request.  *See* 17 C.F.R. § 200.80(d)(7).  Plaintiff notes that it was not entitled to request expedited treatment under the circumstances of this case (i.e. no imminent threat to an individual's life or physical safety and Virtu is not primarily engaged in disseminating information).

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).  Compl. ¶ 12.  Venue is likewise proper under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).  *Id.* ¶ 13.  Plaintiff's principal place of business is in this District; Defendant is an agency of the United States.  *Id.*

4. There are no existing deadlines, due dates, or cut-off dates, except that, as further explained in paragraph 9 below, the parties have agreed to criteria for the review of potentially responsive emails with a rolling production to begin on or about March 9, 2023.  The SEC estimates that the production will be completed within seven months.

5. There are no previously scheduled conferences or arguments.

6. There are no outstanding motions.

7. There are no pending appeals.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable Jennifer H. Rearden     4

8. No discovery has taken place. It is the SEC's position that discovery is not warranted in this litigation, and even if it was, could not occur until the Court considers summary judgment motions. *See DiGirolamo v. Drug Enforcement Admin.*, No. 1:15-cv-5737, 2017 WL 4382097, at *8 (S.D.N.Y. Sept. 29, 2017) ("[D]iscovery relating to the agency's search and the exemptions it claims for withholding records generally is unnecessary if the agency's submissions [at summary judgment] are adequate on their face") (citing *Carney v. U.S. Dept. of Justice*, 19 F.3d 807, 812 (2d Cir. 1994)). Plaintiff reserves the right to take appropriate discovery.

9. No settlement discussions have taken place. The parties have, however, had discussions concerning the outstanding FOIA request. Plaintiff agreed to criteria for production of text messages from the mobile devices of nine SEC custodians. The SEC completed this search, did not find responsive text messages for seven of the custodians, and produced all responsive text messages for the remaining two custodians, with portions redacted pursuant to FOIA Exemption 6. Plaintiff notes this consisted of a total of 18 pages and was limited to documents already in Plaintiff's possession. With respect to email, Plaintiff has agreed to narrow its initial request and proceed with the production of responsive emails outside the SEC's "Complex Track." *See* 17 C.F.R. § 200.80(d)(4). The SEC has informed Plaintiff that it intends to begin processing 500 pages of documents per month and produce responsive documents on a rolling basis over the next seven months starting approximately on March 9, 2023, subject to the agency's further determinations for responsiveness and applicable exemptions under FOIA. The SEC also informed Plaintiff that it may be

      able to process more than 500 pages of documents a month depending on the extent to which the documents contain material subject to applicable FOIA exemptions.

10. The parties have not discussed alternative dispute resolution mechanisms, nor do we believe it is necessary to do so at this time while the parties attempt to make progress on production of a narrowed set of documents.

11. The SEC states that it does not expect that a trial will be necessary to resolve the litigation.  Plaintiff states that any trial in this matter is likely to require approximately two to three days.

12. At this time, the parties believe that this case does not raise any dispositive or novel issues.

                    Respectfully,

                    */s/ Lorin L. Reisner*
                    Lorin L. Reisner

                    */s/ Michael S. Bailey*
                    Michael S. Bailey

cc:    Counsel of record (by ECF)