UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/29/2023
```

VIRTU FINANCIAL, INC.,

                              Plaintiff,

              -v.-

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                              Defendant.

22 Civ. 10088 (JHR)

<u>ORDER OF REFERENCE TO A
MAGISTRATE JUDGE</u>

JENNIFER H. REARDEN, District Judge:

        This action is referred to the assigned Magistrate Judge for the following purpose(s):

☒    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐    Specific Non-Dispositive Motion/Dispute: _____

☐    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐    Settlement

☐    Inquest After Default/Damages Hearing

☐    Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐    Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____

☐    Habeas Corpus

☐    Social Security

☐    Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____

        SO ORDERED.

Dated: March 29, 2023
       New York, New York

_____
  JENNIFER H. REARDEN
  United States District Judge