

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2023
```

OFFICE OF THE
GENERAL COUNSEL

April 17, 2023

**BY ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

  Re: *Virtu Financial, Inc.* v. *U.S. Securities and Exchange Commission*,
    1:22-cv-10088-JHR (S.D.N.Y.)

Dear Judge Parker:

  Consistent with the Court's direction in its Initial Case Management Conference Order, ECF No. 18, counsel for Plaintiff Virtu Financial, Inc. ("Virtu") and Defendant U.S. Securities and Exchange Commission ("SEC") respectfully submit this joint letter in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

  This case concerns a FOIA request submitted by Virtu to the SEC in June 2022, seeking documents and information regarding, among other things, the SEC's communications with certain third parties concerning retail stock order handling and execution. Virtu filed the complaint in this action on November 29, 2022, ECF No. 1, and the SEC filed an answer on January 9, 2022, ECF No. 13.

  The parties have discussed the Court's Initial Case Management Conference Order and do not believe the Court's standing Civil Case Management Plan is appropriate for this matter, as FOIA actions are generally resolved though summary judgment without discovery. *See, e.g.*, *Wood v. Fed. Bureau of Investigation*, 432 F.3d 78, 85 (2d Cir. 2005); *Carney v. Dep't of Justice*, 19 F.3d 807, 812–13 (2d Cir. 1994). Accordingly, the parties respectfully request to be excused from the requirements to confer under Rule 26(f), serve Rule 26(a)(1) initial disclosures, and submit a Proposed Case Management Plan.[1] Counsel for the parties have discussed next steps in this FOIA action, and propose the following:

---

[1] The parties have conferred and report that they do not consent to conducting all proceedings in this case before a magistrate judge pursuant to 28 U.S.C. § 636(c).

Judge Katharine H. Parker
April 17, 2023
Page 2

Given the volume of documents at issue, Virtu agreed to narrow its initial FOIA request and proceed with the production of responsive emails outside the SEC's "Complex Track." *See* 17 C.F.R. § 200.80(d)(4). The SEC has committed to processing 500 pages of documents per month on a rolling basis and producing non-exempt, responsive documents. Pursuant to this commitment, the SEC has made two releases, one on March 16, 2023, and the second on April 10, 2023. The SEC anticipates that at its current pace, it will complete production of emails responsive to the modified FOIA request in October 2023. Accordingly, the parties propose the following schedule up through and including summary judgment:

| Event | Deadline |
|---|---|
| Completion of release of non-exempt records responsive to the modified FOIA request | 10/09/2023 |
| Parties to confer about FOIA response and discuss possibility of settlement | 10/30/2023 |
| Summary judgment and other dispositive motions | 01/08/2024 |
| Oppositions to summary judgment and other dispositive motions | 01/22/2024 |
| Replies to summary judgment and other dispositive motions | 01/29/2024 |

If the Court is amenable to this proposal, the parties believe that the Initial Case Management Conference scheduled for May 8, 2023, at 11:15 a.m., may not be necessary, or may be more productive if rescheduled as a status conference at a later date. Counsel for the parties are, of course, happy to appear on May 8, 2023 as scheduled if the Court believes a conference would be useful.

We thank the Court for its consideration of this letter.

Respectfully submitted,

/s/ Michael S. Bailey
Michael S. Bailey (admitted *pro hac vice*)
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549-9612
Phone: (202) 551-7428
Fax: (202) 772-9263
BaileyM@sec.gov

*Counsel for Defendant U.S. Securities and Exchange Commission*

Judge Katharine H. Parker
April 17, 2023
Page 3

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Andrew G. Gordon
Andrew G. Gordon
Lorin L. Reisner
Jessica S. Carey
Kristina Bunting
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com

*Counsel for Plaintiff Virtu Financial, Inc*

---

The parties are excused from the requirements to confer under Rule 26(f), serve Rule 26(a)(1) initial disclosures, and submit a Proposed Case Management Plan. The Court adopts the parties' proposed schedule.  The Case Management Conference previously scheduled for May 8, 2023, at 11:15 a.m. is adjourned sine die.

The parties shall file a joint status letter on **Thursday, August 31, 2023** updating the Court on their progress as to the release of non-exempt records.  In the event the parties anticipate that a case management conference or settlement conference would be helpful, the parties can at any time file a joint letter requesting a conference.

SO ORDERED:

*/s/ Katharine H. Parker*   4/17/2023
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE